981 F.2d 1264
 Reshard (Connie C., Leroy), Estate of Reshard (Minne Lee),
on Behalf of Estate of Certain Survivors
v.
Britt (Dr. Earl), Bonk (Dr. George), Chokhawala (Dr. Pankaj
P.), Moore (Dr. David), Tallahassee Medical Center, Inc.,
d/b/a Tallahassee Community Hospital, Tallahassee Memorial
Regional Medical Center, Inc.
 NO. 91-3542
 United States Court of Appeals,
Eleventh Circuit.
 Dec 23, 1992
 N.D.Fla., 976 F.2d 742
 
 1
 DENIALS OF REHEARING EN BANC.